# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

*CV#04-1355*
*ADM/AJB*

No.   04-2344

| | |
|---|---|
| Medtronic, Inc.; Medtronic International, Ltd.; Medtronic Sofamor Danek, Inc., <br><br> Appellants, <br><br> vs. <br><br> ETEX Corporation; Duke Lee, as a shareholder representative of ETEX Corporation; Wayne Mayhew, III, as a shareholder representative of ETEX Corporation; Wooyoung Choi, as a shareholder representative of ETEX Corporation, <br><br> Appellees. | Appeal from the United States District Court for the District of Minnesota |

### JUDGMENT

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5361-010199)

April 26, 2005

Order Entered at the Direction of the Court

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*

SCANNED
APR 2 9 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 26, 2005

Mr. Roman M. Silberfeld
ROBINS & KAPLAN
Suite 3700
2049 Century Park, E.
Los Angeles, CA   90067

Mr. David T. Miyamoto
SIDLEY & AUSTIN
Suite 4000
555 Fifth Street, W.
Los Angeles, CA   90013-1010

Re:   04-2344   Medtronic vs. ETEX Corp.

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc:   Honorable Ann D. Montgomery, U.S. District Judge
      Bernice Conn
      Michael A. Geibelson
      Edward G. Poplawski
      Franklin D. Kang
      Lee M. Pulju
      William L. Roberts
      Richard Sletten, Clerk

      District Court/Agency Case Number(s):   04-cv-1355 ADM/AJB